Pavel Ramon Ruiz Hernandez / 18959510
FCC Allenwood Low-UB
PO Box 1000
White Deer PA 17887

April 4th, 2024

RE: 22-20400-CR-Smith/Louis - Request For CJA Attorney

Dear Judge Smith

I refer to the above referenced criminal case and write to respectfully request a court appointed attorney to assist me with filing a 2255 motion.

As you know I was sentenced to 110 months imprisonment which I am currently serving at FCC Allenwood Low in Pennsylvania. I am preparing to file the motion of Collateral Attack on the grounds of ineffective counsel, however require assistance because:
Both in mitigation and at sentencing,
1. I am unable to afford my own private attorney to assist me.
2. I do not have access to sufficient legal materials to adequately argue my motion.
3. The issues involved are complexed and I do not fully understand the procedure, nor the statutes.
4. I have no legal experience nor case law experience.

Thank you for considering my request and I look forward to hearing from you.

Yours sincerely,
Pavel Ramon Ruiz Hernandez



Paul Ramos-Hernandez / 18959510
FCC Allenwood Low-US
P.O. Box 1000
White Deer PA 17887

SPECIAL MAIL

United States Courthouse
299 East Broward Boulevard, Room 108
Fort Lauderdale FL 33301

7020 1810 0001 4635 1041